# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COURT OF APPEALS RECEIVED CLERK MAY 14 2015 ATLANTA, GA.

Olivia Mack, et al _____ vs. Delta Air Lines, Inc., et al _____ Appeal No. 15-11945-CC

11th Cir. R. 26.1 (enclosed) requires that a Certificate of Interested Persons and Corporate Disclosure Statement must be filed by the appellant with this court within 14 days after the date the appeal is docketed in this court, and must be included within the principal brief filed by any party, and included within any petition, answer, motion or response filed by any party. **You may use this form to fulfill this requirement.** In alphabetical order, with one name per line, please list the trial judge(s), and all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

Magistrate Judge Alan J. Baverman

Northern District Judge Steve C. Jones

Northern District Judge Leigh Martin May received transfer of the case from Judge Steve C. Jones

Defendant  Delta Air Lines, Inc.

Plaintiff  David Kerry Mack

Plaintiff  Olivia Jiheekim Mack

Defendant  Sedgwick Claims Management Service, Inc.

Local counsel for Sedgwick Claims Management Service, Inc.,  Whelchel, Dunlap, Jarrad & Walker L.L.P.

Lead counsel for Sedgwick CMS,  Lauren A. Wong with Lawrence & Russell, PLC  Memphis Tennessee

Lead counsel for Defendant Delta Air Lines, Inc., Benjamin A. Stone

This the 14th day of May, 2015.

Respectfully submitted:

_____, PRO SE
Olivia Jiheekim Mack
8007 Crane Rd
Jonesboro, Ga 30236-3916
Ph. 678-938-1080
OliviaMackemail@yahoo.com

_____, PRO SE
David Kerry Mack, JD/MD
8007 Crane Rd
Jonesboro, Ga 30236-3916
Ph. 678-938-1070   Tx Bar#794208
AttorneyDavidKerryMack@gmail.com

### CERTIFICATE OF SERVICE

This is to certify that I have this day served, "PLAINTIFFS'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT" on Defendant Sedgwick Claims Management Service, Inc. and Defendant Delta Air Lines, Inc., by First Class Mail, addressed as follow:

Benjamin A. Stone,
Attorney for Delta Air Lines, Inc.
Munger & Stone, LLp
999 Peachtree Street, N.E. Suite 2850
Atlanta, Georgia 30309-4455

Lead Counsel for Sedgwick
Lauren A. Wong
5178 Wheelis Dr.
Memphis, Tn 38117

Local Counsel for Sedgwick CMS
Bethany Sauls Magnus
David H. Dickerson
405 Washington St., NE
Gainesville Ga 30501

_____
Olivia Jiheekim Mack